**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Antony NTETE, Defendant–Appellant.**

No. 14–11054
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2015.

James Wesley Hendrix, Assistant U.S.
Attorney, U.S. Attorney's Office, Dallas,
TX, for Plaintiff–Appellee.

Dimitri Dube', Esq., Dallas, TX, for De-
fendant–Appellant.

Antony Ntete, Post, TX, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Antony Ntete has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Ntete has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ntete's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

The attorney appointed to represent Joaquin Gavilan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Gavilan has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Gavilan's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Gavilan's motion for the appointment of new counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

